**Motion Denied; Appeal Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00756-CV

### DON MCCAFFETY, Appellant

### V.

### JOYCE MCCAFFETY, ET AL, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-29862**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed June 17, 2014. Appellant filed an untimely motion to modify the judgment on July 20, 2014.[1] The notice of appeal was filed September 15, 2014. The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely

---

[1] The motion is dated July 18, 2014, but that too is untimely.

motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. *See* Tex. R. App. P. 26.1.

On October 8, 2014, appellant filed a motion to extend time to file the notice of appeal. The motion fails to demonstrate the appellate timetable was extended by the timely filing of a motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. Accordingly, the notice of appeal was due July 17, 2014.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3. Appellant's motion for extension of time to file the notice of appeal is therefore denied.

On December 4, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, Busby and Brown.